UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:17-CV-60040-WPD

WALTER LEBEAU,
   Plaintiff,

v.

TUCKER & TIGHE, P.A.,
   Defendant.
_____/

PLAINTIFF'S NOTICE OF ACCEPTANCE OF
DEFENDANT'S OFFER OF JUDGMENT

     Plaintiff, Walter LeBeau, pursuant to Rule 68 of the Federal Rules of Civil Procedure, through his undersigned counsel, hereby accepts Defendant's Offer of Judgment to Plaintiff dated February 9, 2017 and attached as **Exhibit A.**

Dated: February 15, 2017     Respectfully Submitted,

     /s/ Michael T. Ross
     Michael T. Ross, Esq.
     FBN 91623
     Law Office of Michael T. Ross, P.A.
     5555 Hollywood Blvd., #303
     Hollywood, Florida 33021
     Phone: (786) 558-0281
     Fax: (786) 353-0783
     E-mail: michael@flc-law.com

File No.:100755

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 15, 2017, I electronically filed Plaintiff's Notice of Acceptance of Defendants' Offer of Judgment using the CM/ECF system. I certify that all participants in this case are CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Michael T. Ross
Michael T. Ross, Esq.
FBN 91623
Law Office of Michael T. Ross, P.A.
5555 Hollywood Blvd., #303
Hollywood, Florida 33021
Phone: (786) 558-0281
Fax: (786) 353-0783
E-mail: michael@flc-law.com

File No.:100755

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 0:17-CV-60040-WPD

WALTER LEBEAU,

    Plaintiff,

v.

TUCKER & TIGHE, P.A.,

    Defendant.
_____/

## OFFER OF JUDGMENT

COMES NOW, the Defendant, TUCKER & TIGHE, P.A. ("T&T"), by and through the undersigned counsel and pursuant to Rule 5 and Rule 68 of the Federal Rules of Civil Procedure serves this Offer of Judgment on Plaintiff, WALTER LEBEAU, ("LEBEAU") and in furtherance thereof would offer:

| | |
|---|---|
| Applicable Law: | This Offer is made pursuant to Rule 5 and Rule 68 of the Federal Rules of Civil Procedure. |
| Claim: | This offer of judgment is made to resolve any and all claims arising from or relating to the claim made by the Plaintiff against the Defendant in the above styled caption. |
| Total Amount of Offer: | The total amount of this Offer of Judgment is TWO THOUSAND THREE HUNDRED SEVENTY FOUR AND 00/100 ($2,374.00) DOLLARS, plus reasonable court costs and attorneys fees to be mutually agreed upon by the parties, or if no agreement can be reached, to be determined by the court in accordance with 15 U.S.C. § 1692k. |

**EXHIBIT A**

Conditions: Plaintiff LEBEAU shall dismiss this lawsuit against Defendant T&T with prejudice.

This offer has been communicated as stated in the Certificate of Service in the form required by Rule 5 of the Federal Rules of Civil Procedure.

/s/
Florida Bar No.: 43395
Daniel@tuckertighe.com
Tucker & Tighe, P.A.
800 East Broward Boulevard, Suite 710
Fort Lauderdale, Florida 33301
Telephone: (954) 467-7744
Facsimile: (954) 467-7905
Attorneys for Defendant Tucker & Tighe, P.A.

**Certificate of Service**

I **HEREBY CERTIFY** that on February 9, 2017, that the foregoing document is being sent via U.S.Mail, Facsimile, and Electronic Mail to Plaintiff's counsel as listed on the attached Service List.

/s/
Florida Bar No.: 43395
Daniel@tuckertighe.com
Tucker & Tighe, P.A.
800 East Broward Boulevard, Suite 710
Fort Lauderdale, Florida 33301
Telephone: (954) 467-7744
Facsimile: (954) 467-7905
Attorneys for Defendant Tucker & Tighe, P.A.

**SERVICE LIST**

| | |
|---|---|
| Michael T. Ross, Esq.<br>Law Office of Michael T. Ross, P.A.,<br>5555 Hollywood Blvd. #303<br>Hollywood, Florida 33021<br>Phone: 786-657-6844<br>Fax: 786-353-0783<br>E-mail: service@flc-law.com | Lourdes E. Ferrer, Esq.<br>Ferrer Law Group, PLLC<br>2137 N. Commerce Parkway<br>Weston FL, 33326<br>Phone: 954-651-6810<br>Fax: 954-651-6809<br>Email: lferrer@ferrerlawgroup.com |